AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA
V.
JOHNNY LAMAR SLAY
301 N. JOHNSON STREET
SAMSON, ALABAMA 36477

**SUMMONS IN A CRIMINAL CASE**

Case Number: 1:05CR264-F

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>One Church Street<br>Montgomery, AL 36104 | Courtroom 4-B |
| | **Date and Time**<br>November 30, 2005 at 10:00 A.M. |

Before:

To answer a(n)
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [ ] Probation Violation Petition

Charging you with a violation of Title __21:__ United States Code, Section(s) __846 & 843(b)__

Brief description of offense:

Conspiracy to Distribute a Controlled Substance

Use of Communications Facility

_Kelli Gregg_
Signature of Issuing Officer

NOVEMBER 18, 2005
Date

DEBRA P. HACKETT, CLERK OF COURT
Name and Title of Issuing Officer