# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **11/30/05**

DIGITAL RECORDING: **10:17 - 10:20**

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:05CR264-F-CSC**        DEFT. NAME: **JOHNNY LAMAR SLAY**

USA: **KARL DAVID COOKE, JR**        ATTY: **DONNIE BETHEL**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO: _____

Defendant ____ does √ does NOT need an interpreter;

Interpreter present √ NO ___ YES   NAME _____

---

- ☐ Kars.   Date of Arrest _____ or   ☐ karsr40
- √ kia.   Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ kcnsl.   Deft. First Appearance with Counsel
- ☐   Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-    ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- √ Karr.   ARRAIGNMENT SET FOR: _____  √ **HELD.** Plea of **NOT GUILTY** entered.
-    √ Trial Term **2/13/06** ; ☐ **PRETRIAL CONFERENCE DATE:** _____
-    √ **DISCOVERY DISCLOSURES DATE:** **11/30/05**
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- √ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**