| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 2/6/06 | FTR RECORDING: | 4:15 - 4:28 |
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: JAMES DICKENS | |

☐ ARRAIGNMENT   ✓ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** _CHARLES S. COODY_   **DEPUTY CLERK:** _WANDA STINSON_

**CASE NUMBER:** _2:05CR264-LSC-CSC_   **DEFENDANT NAME:** _JOHNNY LAMAR SLAY_

**AUSA:** _TODD BROWN_   **DEFENDANT ATTY:** _DONNIE BETHEL_

Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO

**USPO:** _JACKIE CAPLE_

Defendant ___ does  ✓ does NOT need and interpreter.   Interpreter Name: _____

---

☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

✓ Guilty as to:   ✓ Count(s) _1, 2,3,4, 7 & 8_   of the **Indictment**

☐ Count(s) _____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

☐ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

✓ **ORDER:** Defendant Continued under ✓ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ✓ Sentencing on _____; ✓ To be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ☐ Sentencing on _____ ☐ set by separate Order.