AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: JOHNNY LAMAR SLAY
Case Number: 1:05-CR-0264-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SEVENTY (70) months. This term consists of 70 months as to Count 1 and 48 months as to Counts 2, 3, 4, 7, and 8, separately, with each count to run concurrently with each other and all to run concurrently with Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the 500 hour intensive drug treatment program and to be housed as close as possible to his family in Dothan, AL. The drug treatment should take first priority.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

SEP 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _9/06/06_ to _FPC Maxwell_ at _Montgomery Alabama_, with a certified copy of this Judgment.

_Jesse Seroyer Jr._
United States Marshal

By _Edwy R. Ohmer_
Deputy Marshal